No. 99–6772. McCoy *v.* United States. C. A. 7th Cir. Certiorari denied. 

No. 99–6778. Wood *v.* Social Security Administration. C. A. 4th Cir. Certiorari denied. 

No. 99–6780. Arboleda *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 99–6781. Baldwin *v.* United States. C. A. 2d Cir. Certiorari denied. 

No. 99–6782. Gipson *v.* United States. C. A. 6th Cir. Certiorari denied. 

No. 99–6785. Goodson *v.* United States. C. A. 4th Cir. Certiorari denied. 

No. 99–6786. Hayes *v.* United States. C. A. 4th Cir. Certiorari denied. 

No. 99–6787. Haynes *v.* United States. C. A. 4th Cir. Certiorari denied. 

No. 99–6793. Quary *v.* United States. C. A. 10th Cir. Certiorari denied. 

No. 99–6794. Ross *v.* United States. C. A. 6th Cir. Certiorari denied. 

No. 99–6796. Stackhouse *v.* United States. C. A. 8th Cir. Certiorari denied. 

No. 99–6798. Durham *v.* United States. C. A. 6th Cir. Certiorari denied. 

No. 99–6803. Flucas *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 99–6806. Hilton, aka Montana *v.* United States. C. A. 11th Cir. Certiorari denied. 

No. 99–6810. Bailey *v.* United States. C. A. 7th Cir. Certiorari denied. 

No. 99–6812. Spearman *v.* United States. C. A. 6th Cir. Certiorari denied.